## US Court of Appeals - Eighth Circuit
## NOA Supplement

**Caption:**                                          **USCA#:**

| USA v. Lozier |

**Case Number:**

| 4:21-CR-00365-RLW |

**Plaintiff:**                          **Defendant:**

| UNITED STATES OF AMERICA |        | WAYNE D. LOZIER JR. |

**Attorney:**                          **Attorney:**

| Donald S. Boyce (for pla)<br>111 S. Tenth St.<br>20th Floor<br>St. Louis, MO  63102<br>Ph:  314-539-2200   Fax:  314-539-2196<br>Email:  Donald.S.Boyce@usdoj.gov<br><br>Matthew Ambrose Martin (for pla)<br>111 S. Tenth Street<br>20th Floor<br>St. Louis, MO  63102<br>Ph:  314-539-2200   Fax:<br>Email:  matthew.martin4@usdoj.gov | Tyler Keith Morgan (for dft)<br>1010 Market Street<br>Suite 200<br>St. Louis, MO  63101<br>Ph:  314-241-1255   Fax:<br>Email:  tyler_morgan@fd.org<br><br>Brocca L. Morrison (for dft)<br>1010 Market Street<br>Suite 200<br>St. Louis, MO  63101<br>Ph:  314-241-1255   Fax:  314-421-3177<br>Email:  brocca_smith@fd.org |

**Court Reporter(s):**                 Please return files and documents to:

| Reagan Fiorino<br>Linda Nichols |   | Clerk for Eastern District of Missouri |

Person to contact about the appeal:

| Jason Dockery at 314-244-7900 |

| Length of trial | Fee: | IFP: | Pending IFP Motion |
|---|---|---|---|
| 3 Days | None paid | None | No |

| Counsel: | Pending Motions: | Local Interest: | Simultaneous Release: |
|---|---|---|---|
| Yes | No | No | No |

## Criminal Cases/Prisoner Pro Se  Cases Only:

Is defendant incarcerated?:  | Yes |    Where:  | Ste. Genevieve County Jail |

## Please list all other defendants in this case if there were multiple defendants:

| 4:21-cr-00365 RLW-2  USA v. Jody L. Sullivan |